# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00507-CR

**Jordan L. Walker, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 264TH DISTRICT COURT OF BELL COUNTY
### NO. 83722, THE HONORABLE PAUL L. LEPAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On January 31, 2023, this Court abated the appeal and remanded to the trial court for a hearing to determine whether appellant desired to continue prosecuting this appeal and requested that the trial court prepare supplemental records pertaining to the hearing and file the records with this Court. *See* Tex. R. App. P. 38.8. Following the hearing, the trial court prepared supplemental clerk's records containing a docket entry showing that appellant wished to dismiss her appeal, a motion to dismiss the appeal signed by appellant and her trial counsel, and affidavits from appellant and her trial counsel swearing that the statements in the motion to dismiss were true and accurate. *See id.* R. 42.2. Accordingly, we grant the motion and dismiss the appeal. *See id.*; *see also* R. 2 (allowing appellate courts to suspend rule's operation or order different procedure "to expedite a decision or for other good cause"); *Lucero v. State*, Nos. 03-21-00313—00315, 2022 WL 16556833, at *8-9 (Tex. App.—Austin Oct. 31, 2022, no

pet.) (mem. op., not designated for publication) (dismissing appeals where record from Rule 38.8 hearing established that defendant had agreed to dismiss appeals).

 

_____

Thomas J. Baker, Justice

Before Justices Baker, Smith, and Jones*

Dismissed on Appellant's Motion

Filed:   March 23, 2023

Do Not Publish

*Before J. Woodfin Jones, Chief Justice (Retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).